

NUMBER 13-19-00305-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**VANESSA ZUNIGA,**                                               **Appellant,**

**v.**

**MARK ANTHONY ZUNIGA,**                                        **Appellee.**

---

On appeal from the 94th District Court
of Nueces County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Chief Justice Contreras**

Appellant, Vanessa Zuniga, filed an appeal from a judgment entered by the 94th District Court of Nueces County, Texas, in cause number 2014-FAM-2105-C. Appellant has filed an unopposed motion to dismiss the appeal on grounds she no longer wishes to pursue the appeal. Appellant's notice of appeal was filed with the Nueces County District Clerk on January 4, 2016. According to the motion to dismiss, appellant decided a few

days later that she no longer wanted to pursue the appeal and appellant's counsel notified the Nueces County District Clerk. The Nueces County District Clerk did not forward the notice of appeal to the Thirteenth Court of Appeals until June 14, 2019. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Appellant's request that no costs be assessed is GRANTED. No costs will be taxed against appellant. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Chief Justice

Delivered and filed the
18th day of July, 2019.